Kathryn J. Halford (State Bar No. 68141)
Dana K. Kann (State Bar No. 220986)
WOHLNER KAPLON PHILLIPS
YOUNG & CUTLER
A Professional Corporation
15456 Ventura Boulevard, Suite 500
Sherman Oaks, CA 91403
Telephone: (818) 501-8030
Fax: (818) 501-5306
kjhalford@wkpyc.com

Attorneys for Plaintiff/Judgment Creditor The Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and the Motion Picture Industry Health Plan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### (Western Division)

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>3-J PRODUCTIONS, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV-00-03483 LGB (RZx)<br><br>[~~PROPOSED~~] RENEWAL OF JUDGMENT |

The above matter has been submitted to the Clerk of the Court, pursuant to the Plaintiff/Judgment Creditor The Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and the Motion Picture Industry Health Plan Application for and Renewal of

Judgment; Declaration of Kathryn J. Halford in Support Thereof and Notice of Renewal of Judgment. The Clerk having considered the papers filed in this matter, and good cause appearing therein:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the judgment entered on November 13, 2000 in favor of the Plaintiff/Judgment Creditor The Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and the Motion Picture Industry Health Plan and against 3-J Productions, Inc., a California corporation, is hereby renewed in the principal sum of $10,513.02, together with post judgment interest calculated at the rate of 12%, and accruing at the per diem amount of $3.56 from November 13, 2000 to November 17, 2008 in the amount of $9,784.88 and accrued costs after judgment in the amount of $150.00, for a total judgment of $20,447.90.

Dated: DEC - 1 2008

ALICEMARIE H. STOTLER
Chief, U.S. District Court Judge

Presented by:

WOHLNER KAPLON PHILLIPS
YOUNG & CUTLER

By _____
Kathryn J. Halford
Attorneys for Plaintiff/Judgment Creditor
The Boards of Directors of the Motion
Picture Industry Pension Plan, the
Motion Picture Industry Individual Account
Plan, and the Motion Picture Industry Health Plan