Kathryn J. Halford (CA Bar No. 068141)
email: khalford@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030 ext. 331
Facsimile: (818) 501-5306

Attorneys for Plaintiffs, Board of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and the Motion Picture Industry Health Plan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Western Division

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> 3-J PRODUCTIONS, INC., a California corporation <br><br> Defendant. | CASE NO. 2:00-cv-03483 LGB (RZx) <br><br> RENEWAL OF JUDGMENT BY CLERK |

THE JUDGMENT DEBTOR, 3-J PRODUCTIONS, INC., A CALIFORNIA CORPORATION having judgment entered against them on November 6, 2000 and having said judgment renewed on December 4, 2008:

Now, upon the application of the Boards of Directors of the Motion Picture Industry Pension Plan; The Motion Picture Industry Individual Account Plan, and

Motion Picture Industry Health Plan ("Plaintiff") and upon declaration that Defendant has failed to pay the total amount of said judgment; and that Defendant is indebted to Plaintiff.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against Defendant be renewed in the amount of $32,824.32 which is broken down as follows:

a. Judgment Renewal..... ……………………………………$20,447.90
b. Post Judgment Interest from November 18, 2008 through July 30, 2018…………………..……..………..……..……$12,376.42
Total………………………………..………………$32,823.32

Dated: August 8, 2018

*Sharon Hall Bros* (signature)
CLERK,
UNITED STATES DISTRICT COURT

Presented by:
WOHLNER KAPLON CUTLER HALFORD & ROSENFELD

KIRY K. GRAY, CLERK OF COURT

DATED: August 7, 2018

Kathryn J. Halford
WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD

BY: */s/ Kathryn J. Halford*
 KATHRYN J. HALFORD
Attorneys for Plaintiffs the Boards of Directors of the Motion Picture Industry Pension Plan et al.